82,718-03

Dec. 2-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

Court of Criminal Appeals
PO Box 12308, Capital Station
Austin, Texas 78711

RE: Rogaciano Estrada Vences #1297873
    Trial Court Number 976667-A / WR-82,718-02

Hon. Abel Acosta, Clerk:

A mandamus was filed in the above cause numbers on 1-15-2015. On 3-26-2015 a supplemental clerks record in respond to a order was filed. On 3-26-2015 the application for writ of Habeas Corpus (11.07) was filed. On 4-22-2015 the application for writ of mandamus would be denied.

It's been on or about seven months that my Habeas Petition was file. Would you please advise me as to it's status.

Thank You For Your Time And Kindness

Respectfully
Rogaciano E. Vences

Rogaciano Estrada Vences #1297879
Coffield Unit #
2661 FM 2054
Tennessee Colony, Tx. 75884